# COMMONWEALTH OF VIRGINIA
## DEPARTMENT OF HEALTH – DIVISION OF VITAL RECORDS
### COMMONWEALTH OF VIRGINIA – CERTIFICATE OF DEATH
DEPARTMENT OF HEALTH - DIVISION OF VITAL RECORDS - RICHMOND

1261567

REGISTRATION AREA NUMBER: 135
CERTIFICATE NUMBER: 00198
STATE FILE NUMBER:

**1. FULL NAME OF DECEDENT:** Kenneth N. Williams
**2. SEX:** Male
**3. DATE OF DEATH:** Nov 7, 2017 (Actual)
**4. DATE OF BIRTH:** June 15, 1964
**5. AGE:** 53
**6. WAS DECEDENT EVER IN U.S. ARMED FORCES?:** No
**7. BIRTHPLACE:** New York
**8. SOCIAL SECURITY NUMBER:** 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

**9. STREET ADDRESS:** 603 Woodruff Lane
**10. CITY OR TOWN OF RESIDENCE:** Culpeper
**INSIDE CITY OR TOWN LIMITS:** Yes
**11. COUNTY OF DECEDENT'S RESIDENCE:** Culpeper
**12. U.S. STATE OR FOREIGN COUNTRY OF DECEDENT'S RESIDENCE:** Virginia
**12a. ZIP CODE:** 22701

**13. RACE OF DECEDENT:** Black or African American
**14. DECEDENT OF HISPANIC ORIGIN?:** Non-Hispanic
**15. EDUCATION (HIGHEST GRADE COMPLETED):** Elementary/Secondary (0-12) - 12th
**16. CITIZEN OF WHAT COUNTRY:** USA
**17. USUAL OR LAST OCCUPATION:** Counselor
**18. KIND OF BUSINESS OR INDUSTRY:** Group Home

**19. MARITAL STATUS:** Married
**20. NAME OF SPOUSE:** Diana P. Williams
**21. FATHER'S NAME:** Jimmy Williams  **GENDER:** Male
**22. MOTHER'S MAIDEN NAME:** Charlie W. M. Arittre  **GENDER:** Female

**23. INFORMANT'S RELATIONSHIP:** Wife
**24. FULL NAME OF INFORMANT:** Diana P. Williams

**25. NAME OF HOSPITAL OR INSTITUTION OF DEATH:** None
**26. SPECIFY IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL:** Decedent's Home
**27. CITY OR TOWN OF DEATH:** Culpeper
**28. STREET ADDRESS:** 603 Woodruff Lane
**28a. ZIP CODE:** 22701
**28b. COUNTY:** Culpeper

**29. METHOD OF DISPOSITION:** Burial

**30. PLACE OF DISPOSITION:** Fairview Cemetery
**31. STREET ADDRESS:** 1708 Sperryville Pike
**31a. CITY/COUNTY:** Culpeper
**31b. STATE:** VA
**31c. ZIP CODE:** 22701
**31d. COUNTRY:** USA

**32. DIRECTOR/LICENSEE'S NO.:** 0503790018
**32b. NAME OF FUNERAL HOME OR FACILITY:** Horizon Funeral Home
**33. NAME OF FUNERAL DIRECTOR:** Johnny L. Johnson
**33a. STREET ADDRESS:** 750 Old Brandy Rd, Culpeper, VA 22701

**34. TIME OF DEATH:** 9:40 A.M. (Actual)

**35. PART I. CAUSE OF DEATH:**
(A) IMMEDIATE CAUSE: Hypertension
(B) Diabetes Type 2
(C) UNDERLYING CAUSE: Myocardial Infarction

**36. WAS THE MEDICAL EXAMINER CONTACTED?:** Yes
**36a. AUTOPSY?:** No
**36b. WERE FINDINGS AVAILABLE?:** Yes
**37. DID TOBACCO USE CONTRIBUTE TO DEATH?:** Unknown

**40. WAS THIS A MILITARY DEATH?:** No
**40a. MANNER OF DEATH:** Natural

**48. SIGNATURE OF PERSON COMPLETING CAUSE OF DEATH:** (signed)
**48a. TITLE:** Medical Doctor
**48b. DATE SIGNED:** 11/28/17
**49. NAME OF PERSON:** Dr. Francis X. Batchford
**49a. ADDRESS:** 8640 Sudley Rd #203, Manassas, VA
**49b. MEDICAL LICENSE NO.:** 0101054606

**52. SIGNATURE OF REGISTRAR:** Leah M. Herrmann
**52a. PRINTED NAME OF REGISTRAR:** Leah M. Herrmann
**52b. DATE RECORD FILED:** November 28, 2017

---

This is to certify that this is a true and correct reproduction or abstract of the official record filed with the Virginia Department of Health, Richmond, Virginia

**DATE ISSUED:** NOV 2 8 2017

Janet M. Rainey, State Registrar

Do not accept unless on security paper with the seal of Virginia Department of Health, Vital Statistics in the lower left hand corner.
Section 32.1-272, Code of Virginia, as amended.

VS 15C